UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AVEL WILCOX, | Civil Action No. 2:07-CV-01152-GLL |
| Plaintiff, | |
| v. | Judge: Gary L. Lancaster |
| MAURICE V. WADE, SR., MILDRED Y. WADE, his wife, and WHOLE TRUTH CHURCH OF GOD IN CHRIST, | Electronically Filed |
| Defendants. | |

## JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE

The above named parties in this proceeding hereby stipulate to the dismissal of the instant action with prejudice as follows:

1. The Plaintiff and Defendant entered into a settlement Agreement on February 10, 2009.

2. The Defendant has forwarded Settlement funds to the Plaintiff in the amount of $60,000.00.

3. Due to the Settlement and Release of all claims by all parties, it is hereby stipulated by counsel for all parties identified below that the within suit be dismissed with prejudice.

4. Pursuant to Federal Rules of Civil Procedure 41(a)(1), it is respectfully requested that this Honorable Court dismiss the within case with Prejudice.

Agreed to By:

4/8/09
Date

JOSEPH P. NIGRO, ESQUIRE
Attorney for the Plaintiff
NIGRO & ASSOCIATES, LLC
Two Gateway Center
Suite 1799
Pittsburgh, PA 15222
(412) 471-8118

APRIL 8, 2009
Date

JEFFREY T. OLUP, ESQUIRE
Attorney for the Defendants
Bassi, McCune & Vreeland, PC
111 Fallowfield Avenue
PO Box 144
Charleroi, PA 15022-0144

BY THE COURT:

Gary L. Lancaster
United States District Judge
DATED: 4-13-09